IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:20-35 |
| | ) | |
| LANIER AUGUSTUS, HIGHTOWER, JR. | ) ) | |

## AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on June 2, 2022, the United States filed a Motion for an Amended Final Order of Forfeiture of 5232 Thomas highway Lincolnton, Georgia 30817 (the "Property"), pursuant to Rule 36 of the Federal Rules of Criminal Procedure, to correct an error in the legal description of the Property to include the reference to a mobile home affixed to the Property.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Final Order of Forfeiture is hereby amended to forfeit 5232 Thomas highway Lincolnton, Georgia 30817, more fully described as:

> Legal Description: TRACT NO.1: All That Tract Or Parcel Of Land Situate, Lying, And Being In The 184th District, G.M., Lincoln County, Georgia, Containing 75.75 Acres, More Or Less, Being Bound, Now Or Formerly, On The NORTH By Lands Of Joyce M. Hightower, Lands This Day Conveyed To Wanda Ree Hightower And Other Lands Of Lanier A. Hightower, Jr.; East By Other Lands Of Lanier A. Hightower, Jr. And Lands Of Otis And Marilyn Freeman; SOUTH By Lands Of Mrs. Lon Edmunds, Lands Of Mary J. Hamilton, And Lands Of Edgar Clyde Yelton, Jr. And WEST By Georgia State Highway No. 43. Said Tract Is More Particularly Designated And Described As Tract "F" On A Plat Made From A Survey By Robert F. Wilkes, County Surveyor, Lincoln County, Georgia, Recorded In Plat Book B, At Page 198 Of The Records In The Office Of The Clerk Of Superior Court, Lincoln County, Georgia, And Which Plat And The Recording Thereof Are Incorporated Herein By Reference As A Part Of This Description.
>
> This Tract Adjoins Tract "E" Shown On The Above Referenced Plat Which Tract Is Already Owned By Grantee And The Two Tracts Shall Be Combined For A Total Acreage Of 91.62 Acres And Considered As One Tract Of Land. Said Property Is

Conveyed Subject To The Reservation By Grantor Of The Right For Herself And Her Daughter, Wanda Ree Hightower To Take And Use Water From The Well Situate On Said Premises And To Convey The Same To Tract "C" And Tram "D" Shown On The Above Referenced Plat For And During The Lifetimes Of Herself And Her Daughter, Wanda Ree Hightower. During Any Such Period That Grantor And/Or Her Daughter Wanda Ree Hightower Actually Take And Use Water From The Well Situate On The Above Premises, They Shall Pay A Proportionate Share Of The Cost Of The Electricity And Maintenance For Said Well And Pump

TRACT NO 2: All That Tract Or Parcel Of Land Situate, Lying, And Being In The 184th District, G.M., Lincoln County, Georgia, Containing 13.43 Acres, More Or Less, Being Bound, Now Or Formerly, On The NORTH By Lands This Day Conveyed To Wanda Ree Hightower; EAST By Georgia State Highway No. 43 And Lands Of Mrs. Lon Edmunds; SOUTH By Lands Of Mrs. Lon Edmunds And Lands Of The United States Of America And WEST By Lands This Day Conveyed To Wanda Ree Hightower. Said Tract Is More Particularly Designated And Described As Tract "B" On A Plat Made From A Survey By Robert F. Wilkes, County Surveyor, Lincoln County, Georgia, Recorded In Plat Book B, At Page 198 Of The Records In The Office Of The Clerk Of Superior Court, Lincoln County, Georgia, And Which Plat And The Recording Thereof Are Incorporated Herein By Reference As A Part Of This Description. The above-described property is a portion of that property devised to Grantor by the will of Lanier Augustus Hightower, probated in solemn form on the 15th day of August 1988 in the Probate Court of Lincoln County, Georgia.

With Mobile Home 1985 Peachtree, Serial Number: KBGABMA523745.

Specifically excluded from forfeiture from above description is the 5.01 acres at 5242 Thomson Highway, Lincolnton, Georgia, 30817, with Parcel ID 33 039A, further described as follows:

All that lot or parcel of land, with improvement thereon, situate, lying and being in the State of Georgia, County of Lincoln, consisting of 5.01 acres, more or less, as shown on a plat prepared for Lanier A. Hightower by Jerry Patrick Ward, R.L.S., dated November 2, 2010, and recorded in the Office of the Clerk of Superior Court of Lincoln County, Georgia in Plat Cabinet B, Slide 143 A. Reference is hereby made to said plat for a more complete and accurate description as to the metes, bounds and location of said property.

to the United States, free and clear of all interests, and no right, title or interest in the property shall exist in any other party.

2

IT IS FURTHER ORDERED THAT all other terms of the Final Order of Forfeiture entered on September 13, 2021 (Doc. 515) remain unchanged.

IT IS FURTHER ORDERED THAT the Court shall retain jurisdiction for the purpose of enforcing this Amended Final Order of Forfeiture.

Date: 6/27/2022

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA